UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Judy Hawkins,<br><br>                          Plaintiff,<br><br>    v.<br><br>Mike Bishop, Shirley Bishop, and Shoe Show, Inc.,<br><br>                         Defendants. | C/A No. 6:04-22144-GRC-WMC<br><br>ORDER<br>(Written Opinion) |

## I. BACKGROUND

This matter is before the Court for a review of the magistrate's Report and Recommendation made in accordance with 28 U.S.C. § 636(b)(1)(A) and Local Rule 73.02(B)(2)(G), D.S.C., and filed on September 30, 2005. In her complaint, filed September 7, 2004, the Plaintiff alleges discrimination based upon her race in violation of Title VII of the Civil Rights Act of 1964, as amended. On August 12, 2005, the Defendants filed a motion for summary judgment. By Order, filed August 16, 2005, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4 Cir. 1975), the Plaintiff was advised of the summary judgment dismissal procedure and the possible consequences if she failed to adequately respond to the motion. On October 11, 2005, the Plaintiff filed a response to the motion for summary judgment. The response is in the form of a personal statement and is not supported by affidavits or other exhibits. The magistrate recommends granting Defendants' motion for summary judgment.

1

## II. DISCUSSION

Petitioner proceeds *pro se*. This Court is required to construe *pro se* pleadings liberally. Such pleadings are held to a less stringent standard than those drafted by attorneys. *Gordon v. Leeke*, 574 F.2d 1147, 1151 (4th Cir. 1978). This Court is charged with liberally construing a pleading filed by a *pro se* litigant to allow for the development of a potentially meritorious claim. *Haines v. Kerner*, 404 U.S. 519, 520 (1972).

The magistrate makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this Court. *Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). This Court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and this Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). This Court may also "receive further evidence or recommit the matter to the magistrate with instructions." *Id*.

Parties must file with the clerk of court specific, written objections to the Report and Recommendation if they wish the United States District Judge to consider their objections. Any written objections must specifically identify the portions of the Report and Recommendation to which objections are made and the basis for such objections. Fed. R. Civ. P. 72(b); *See United States v. Schronce*, 727 F.2d 91, 94 n.4 (4th Cir. 1984); *Wright v. Collins*, 766 F.2d 841, 845-47 nn.1-3 (4th Cir. 1985). "Courts have

. . . held *de novo* review to be unnecessary in . . . situations when a party makes general and conclusory objections that do not direct the court to a specific error in the magistrate's proposed findings and recommendation." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982).  In the absence of specific objections to the Report and Recommendation of the magistrate judge, this court is not required to give any explanation for adopting the recommendation.  *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1993).

Plaintiff filed objections to the magistrate's Report and Recommendation on November 17, 2005.  However, Plaintiff's objections are general and conclusory and do not direct the Court to a specific error in the magistrate's proposed findings and recommendation.  Rather, Plaintiff makes unsubstantiated statements about facts she alleges she "can" prove to support her case.  Therefore, this Court finds a *de novo* review of the Report and Recommendation to be unnecessary.

### III. CONCLUSION

After a careful review of the magistrate's Report and Recommendation, this Court finds that the report is based upon proper law.  Accordingly, the Report and Recommendation is accepted and adopted in its entirety.

IT IS THEREFORE ORDERED that Defendants' motion for summary judgment be GRANTED.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina
November   22   , 2005.

## NOTICE OF RIGHT TO APPEAL

Petitioner has the right to appeal this Order within thirty (30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure. Failure to meet this deadline, as modified by Rule 4 of the Federal Rules of Appellate Procedure, will waive the right to appeal.